IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LOYDALE KIRVEN,

    Plaintiff,

v.                                            Civ. No. 08cv187 WJ/RLP

DR. HORNEY,

    Defendant.

## ORDER

THIS MATTER comes before the Court on the Magistrate Judge's Report & Recommendation and neither party having filed objections thereto, the Court finds that the Magistrate Judge's Report & Recommendation shall be adopted by the Court.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report & Recommendation is adopted by the Court; and

IT IS FURTHER ORDERED that Plaintiff's Motions for Summary Judgment [Doc. 42 & 44] are denied; and

IT IS FURTHER ORDERED that this case is dismissed with prejudice.

IT IS SO ORDERED.

                                                                William Johnson
                                                                United States District Judge